No. 59958.—Produce Brokers New Co., Inc., et al. *v.* United States, protests 253179–K (A), etc. (New York).

449

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.